

Joseph V. DeMarco
Telephone: 212.922.9499
jvd@devoredemarco.com

December 2, 2016

<u>Via Electronic Mail</u>
Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

<u>United States v. Alonzo Knowles, 16 Cr. 00005 (PAE)</u>

Dear Judge Engelmayer,

    I write to inform the Court that, pursuant to and in accordance with the directions embodied in the Court's order in the above-referenced case dated November 22, 2016, the Laptop computer and any and all derivative and related data in my possession and the possession of Retained Personnel acting at my direction has been deleted and destroyed.

Respectfully,

Joseph V. DeMarco