```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                             16 Cr. 5 (PAE)

ALONZO KNOWLES,                                 ORDER

                Defendant.

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       For the reasons stated on the record at yesterday's sentencing hearing, the Court hereby terminates the receivership in this case. The Court thanks the receiver, Joseph DeMarco, Esq., for his assistance in this matter.

       SO ORDERED.

Dated: December 7, 2016
       New York, New York

                                                PAUL A. ENGELMAYER
                                                United States District Judge