

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2017

<u>By ECF</u>

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse, Room 2201
40 Centre Street
New York, New York 10007

    Re:    *United States* v. *Alonzo Knowles*
             16 Cr. 00005 (PAE)

Dear Judge Engelmayer:

    The Government writes to inform the Court that it will not be seeking restitution in the above-referenced case.

                                      Very truly yours,

                                      PREET BHARARA
                                      United States Attorney

                        by: <u>/s/ Kristy J. Greenberg</u>
                                      Kristy J. Greenberg
                                      Assistant United States Attorney
                                      (212) 637-2469

cc:    Clay Kaminsky, Esq. (by ECF)